Natalie CUSATI

v.

**ZONING BOARD OF REVIEW OF the TOWN OF NORTH PROVIDENCE.**

**No. 80–291–M.P.**

Supreme Court of Rhode Island.

Oct. 17, 1980.

Steven M. Feingold, Providence, for petitioner.

Anthony M. Gallone, Providence, for respondent.

**ORDER**

The petition for writ of certiorari is denied.

■

**NEW ENGLAND NEWSPAPERS, INC. d/b/a The Evening Times**

v.

**Edward F. BURKE et al.**

**No. 80–433–M.P.**

Supreme Court of Rhode Island.

Oct. 17, 1980.

Michael F. Horan, Pawtucket, for petitioner.

Roberts, Carroll, Feldstein & Tucker, David W. Carroll, Providence, for Rhode Island CATV Corporation.

**ORDER**

The petition for writ of certiorari is denied.

■

**PROVIDENCE WASHINGTON INSURANCE COMPANY**

v.

**Theodore C. LITTLER, Assessor of Taxes of The City of Providence.**

**No. 80–337–M.P.**

Supreme Court of Rhode Island.

Oct. 17, 1980.

Coffey, McGovern, Noel & Novogroski, Thomas Michael Bruzzese, Providence, for plaintiff-respondent.

Edward DiPippo, Gerald Norigian, Asst. City Sols., Providence, for defendant-petitioner.

**ORDER**

The petition for writ of certiorari is denied.